```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

STEVEN P. SARGENT,               )
                                 )    No.  CV-11-0161-CI
               Plaintiff,        )
                                 )
v.                               )    ORDER GRANTING STIPULATED
                                 )    MOTION TO REMAND PURSUANT TO
MICHAEL J. ASTRUE,               )    SENTENCE FOUR OF 42 U.S.C.
Commissioner of Social           )    § 405(g)
Security,                        )
                                 )
               Defendant.        )
```

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 16.) Attorney Paul Clark represents Plaintiff Steven P. Sargent; Special Assistant United States Attorney Brett E. Eckelberg represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 16)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall hold a de novo hearing; issue a new decision; further develop the record in light of testimony by impartial medical expert Marian F. Martin, Ph.D., that further medical evaluation and possibly a neuropsychological assessment should be conducted to assess claimant's Korsakoff's Syndrome; reassess claimant's residual functional capacity as

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

necessary; and reevaluate claimant's ability to perform his past relevant work or other work in light of his newly assessed residual functional capacity. Plaintiff may present new arguments and further relevant evidence, if such evidence becomes available.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED December 21, 2011.

          S/ CYNTHIA IMBROGNO
       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2