## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN P. SARGENT,              )<br>                                          )<br>     Plaintiff,                       )<br>                                          )   NO.  CV-11-161-CI<br>     v.                                 )<br>                                          )   **JUDGMENT IN A**<br>MICHAEL J. ASTRUE,           )   **CIVIL CASE**<br>Commissioner of Social Security, )<br>                                          )<br>     Defendant.                     )<br>_____) | |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: December 21, 2011

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk